# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-00393-CV-W-LMC |
| | ) | |
| KHALID OUAZZANI, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF PRETRIAL PROCEDURES

1.      The parties shall meet to discuss settlement, make or arrange for the disclosures required by Federal Rule of Civil Procedure 26(a)(1) and develop a proposed discovery plan as required by Federal Rule of Civil Procedure 26(f).   This meeting shall take place no later than August 3, 2026.  Discovery shall commence immediately thereafter.

2.      The parties shall file a Case Management Report and Proposed Discovery Schedule by August 17, 2026, which must include the deadlines listed in Local Rule 16.1(d). Please file the document as a "Proposed Scheduling Order."  Plaintiff's counsel, in accordance with Local Rule 16.1(c), shall take the lead in preparing the Case Management Report and Proposed Discovery Schedule.

3.      The Court has created a fillable Word form of the Case Management Report and Proposed Discovery Schedule which is located on the undersigned's page of the Court's website (https://www.mow.uscourts.gov/judges/counts).  The parties are to use the form in preparing the Case Management Report and Proposed Discovery Schedule.

4.      Upon receipt of the proposed Case Management Report and Proposed Discovery Schedule, the Court will review the document and may enter a text entry order on CM/ECF regarding whether the Proposed Discovery Schedule has been adopted.  If the Court adopts the parties' Proposed Discovery Schedule, a separate trial order will be issued shortly thereafter.

5.      Counsel are reminded to review all applicable local and federal rules, including but not limited to Federal Rules of Civil Procedure 16 and 26, and Local Rules 16.1 and 26.1. Please note that Local Rule 26.1(c)(2) contains expectations regarding the timeframe for completing discovery.  Any request for an expanded discovery period shall be accompanied by a detailed explanation as to why such time is necessary.  Please refer to the CM/ECF Civil and Criminal Administrative Procedures Manual and Users Guide for information on how to file documents, as well as information relating to the filing of proposed orders.

6.      Counsel are advised that the Court does not wish to receive proposed orders on routine motions (e.g. motions for extensions of time or to modify the scheduling order) or courtesy copies of motions and other filings unless requested.

7.      The Court expects adherence to the "Principles of Civility" adopted by the Kansas City Metropolitan Bar Association, and appended to this Notice, and counsel shall inform their clients of such.

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE

2